IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:17-cv-477-TDS-JEP

| | |
|---|---|
| DARRYL HOWARD, ) | |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION IN LIMINE TO** |
| ) | **ADMIT PARDON AND SUMMARY OF** |
| vs. ) | **ORDER ON DNA MOTION** |
| ) | |
| THE CITY OF DURHAM, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Federal Rules of Evidence 201 and 402, Plaintiff Darryl Howard hereby moves for an order admitting as evidence Governor Roy Cooper's Pardon of Innocence to Plaintiff and a summary of the 2016 Order Granting Plaintiff's DNA Motion. A supporting memorandum of law is submitted with this motion.

WHEREFORE, Plaintiff respectfully requests that the Court (1) admit Plaintiff's Pardon of Innocence and/or take judicial notice of the Pardon; and (2) direct that the jury be presented with a summary of the Order Granting the DNA Motion.

Dated: May 21, 2021.

PATTERSON HARKAVY LLP

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
Burton Craige, NC Bar No. 9180
bcraige@pathlaw.com
Paul E. Smith, NC Bar No. 45014

1

psmith@pathlaw.com
Bradley J. Bannon, NC Bar No. 24106
bbannon@pathlaw.com
100 Europa Dr., Suite 420
Chapel Hill, North Carolina 27517
(919) 942-5200


NEUFELD SCHECK & BRUSTIN, LLP

/s/ Anna Benvenutti Hoffmann
Barry Scheck, NY Bar No. 1634765
barry@nsbcivilrights.com
Nick Brustin, NY Bar No. 2844405
nick@nsbcivilrights.com
Anna Benvenutti Hoffmann, NY No. 4412011
anna@nsbcivilrights.com
Amelia Green, NY Bar No. 5428412
amelia@nsbcivilrights.com
Katie McCarthy, NY Bar No. 5583141
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered use of record.

Dated: May 21, 2021.

/s/ Jahne Brown