**EXHIBIT 6**

# In the Matter Of:

## DARRYL HOWARD vs CITY OF DURHAM

1:17-cv-00477-TDS-JEP

---

# MEGHAN E. CLEMENT

*September 10, 2019*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

1                    UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF NORTH CAROLINA
2                       1:17-cv-00477-TDS-JEP

3     DARRYL HOWARD,

4              Plaintiff,

5         vs.

6     CITY OF DURHAM; DARRELL DOWDY,
      in his individual and official
7     capacities; E.E. SARVIS, in his
      individual and official capacities;
8     MICHELE SOUCIE, in her individual
      and official capacities; SCOTT
9     PENNICA, in his individual and
      official capacities; MILTON SMITH,
10    in his individual and official
      capacities; AND other AS-YET-
11    UNKNOWN JOHN AND JANE DOE OFFICERS
      & SUPERVISORS 1-10, in their
12    individual and official capacities,

13             Defendants.

14    ~~~~~~~~~~~~~~~~~~~~~~~~~~

15     .

16                         DEPOSITION
                              OF
17                     MEGHAN E. CLEMENT

18

19                     September 10, 2019

20                        10:18 a.m.

21

22                    Poyner Spruill LLP
            301 Fayetteville Street, Suite 1900
23              Raleigh, North Carolina 27601

24    Christy Johnson, Notary Public No. 201903900055

25



800.211.DEPO (3376)
EsquireSolutions.com

1   They talk about sperm heads or sperm cells.  There's

2   very little talk specifically about intact sperm, so

3   mostly it's based on my experience and -- yes.

4        Q.   Okay.  Now there are two different things

5   that you reference here, the top sentence, under

6   ordinary circumstances you refer to the time period

7   following deposit?

8        A.   Yes.

9        Q.   And then the sentence below or at the

10  bottom there you refer to the time prior to death.

11       A.   Right.

12       Q.   Do I understand correctly that the

13  degradation of sperm stops or slows when a person

14  dies?

15       A.   It does because their activity usually --

16  well, it -- degradation will still continue to go

17  on, but other circumstances will generally preserve

18  the sperm in -- in a body that is dead because

19  they're not up walking around, they're not

20  urinating, they're not wiping themselves, they're

21  not -- so all of the physical activities of a live

22  victim would increase that -- the -- the

23  disappearance of intact sperm.

24       Q.   Okay.  So -- so the appropriate time to --

25  more appropriate time to kind of determine when this



Case 1:17-cv-00477-TDS-JEP    Document 207-6    Filed 06/01/21    Page 4 of 23

1    sperm was deposited or to -- to surmise when this

2    sperm was deposited is looking at it from the time

3    of her death?

4              MS. HOFFMAN:  Objection.

5        Q.  (Mr. Stevens)  Correct?

6        A.  Can you -- can you repeat that?

7        Q.  If you are try -- when -- when trying to

8    determine when the sperm was deposited in Nishonda

9    Washington, the appropriate time to calculate from

10   would be from the time of her death and move forward

11   from there, correct?

12             MS. HOFFMAN:  Objection.

13       A.  I'm trying to make sure I understand what

14   you're saying.  I think, yes.

15       Q.  (Mr. Stevens)  I -- I mean, what you said

16   there is that you -- you base your opinion upon a

17   period of time prior to the time of her death?

18       A.  Correct.

19       Q.  Okay.  And that was a considered decision?

20       A.  Correct.

21       Q.  Right.  And so you would count back from

22   whatever time it's determined that she died and, in

23   your view, based upon your personal experience of

24   examining these materials, you think it would have

25   been deposited some 18 to 20 hours prior to that?



1      A.   Yes.

2      Q.   It appears that there was a sealed Ziploc

3  bag that had both the red and purple tubes with

4  liquid blood that was part of that -- that was part

5  of what was gathered and looked at by the SBI.  Is

6  that correct?

7      A.   Yes.

8      Q.   Okay.  And it appears that they kept

9  stains from purple and a red-topped tube in a -- in

10  a freezer.

11      A.   Yes.  Stains were made, yes.  And then the

12  stains, yes, were kept.

13      Q.   And then it looks like they examined the

14  two vaginal smear slides.

15      A.   Yes.

16      Q.   And they found no sperm and moderate

17  epithelials?

18      A.   Correct.  That's a documentation.

19      Q.   Okay.  And then they determined that the

20  swabs were bloody and dry.

21      A.   Correct.

22      Q.   And I guess that's consistent with the

23  finding of the blood-tinged fluid from the autopsy.

24      A.   Yes.

25      Q.   And then I take it they did conduct the



```
1   acid phosphatase test because they didn't find
2   sperm.
3        A.    Apparently, yes.
4        Q.    Or the finding of sperm was what led them
5   not to bother with Nishonda, correct?
6        A.    Correct.
7        Q.    Okay.  So they conducted the test for
8   Nishonda and it was negative, correct?
9        A.    This is Doris.
10             MS. HOFFMAN:  Object ---
11       Q.    (Mr. Stevens)  I'm sorry ---
12             MS. HOFFMAN:  --- Objection.
13       Q.    (Mr. Stevens)  --- for Doris.
14       A.    Yes.  It does say, "Swab," and it looks
15   like it has a negative.
16       Q.    Okay.  What does that signify?
17       A.    That the acid phosphatase presumptive test
18   was negative.
19       Q.    And what does that mean?
20       A.    It means that they did not observe acid
21   phosphatase.
22       Q.    Okay.  And what is the significance of
23   that?
24       A.    That there was not -- that component of
25   semen wasn't identified, was not there.
```



1    Q.   Is -- what is acid phosphatase again?

2    A.   Acid phosphatase is an enzyme which is

3    found in various body fluids, but it's found in

4    higher concentrations in seminal fluid than other

5    body fluids.

6    Q.   Is that an enzyme that breaks down over

7    time?

8    A.   Sure.  Yes.

9    Q.   So are you less likely to find acid

10   phosphatase the -- the longer from the time -- the

11   period in which the sex occurred than more recently?

12   A.   Certainly it will break down with time and

13   depending on the environment.  So if it remains wet,

14   in a warm and wet environment, it will break down

15   more readily than if it's, say, deposited on an

16   article of clothing.

17   Q.   And in this case, it's in a wet -- it was

18   in a wet environment because it came from a vaginal

19   swab, correct?

20   A.   Correct.

21   Q.   Which means it would break down more

22   slowly?

23   A.   No.  It would break down more readily.

24   Q.   Quickly.

25   A.   Yes.



1          Q.    How long after sex occurs can one find --
2     can one have an acid phosphatase positive result
3     from a vaginal smear or swab?
4                MS. HOFFMAN:  Objection.
5          A.    It can be found hours.  I mean, probably -
6     - it used to be that if somebody was reporting a
7     sexual assault that had occurred more than 24 hours
8     previous, they wouldn't even bother collecting it
9     because they wouldn't find evidence, typically, of
10    any sexual assault activity.  So generally, that was
11    pretty much the outside, although often times the
12    acid phos could potentially even not be detected
13    again, prep -- maybe 20 -- 18 to 20 hour range, it's
14    possible.
15         Q.    (Mr. Stevens)  Okay.
16         A.    It depends on activity.  It depend -- I --
17    I mean there's so many variables.  You know, if
18    somebody's on -- menstruating, you know, that blood
19    is going to be washing away the acid phosphatase, so
20    you'd be more likely to find it on clothing than you
21    would from a swab collected.  So there's a lot of
22    variabilities.  But yes, it will degrade over time
23    and if not collected within a fairly short period of
24    time, less than a day, there's a chance -- a good
25    chance you won't see it.



Case 1:17-cv-00477-TDS-JEP   Document 207-6   Filed 06/01/21   Page 9 of 23

1    Q.   Is it fair to say that sperm will last in
2    the vagina and can be able to be found longer than
3    acid phosphatase, as a general rule?
4    A.   Yes.  Generally you will have the ability
5    to detect sperm heads longer than you would acid
6    phosphatase.
7    Q.   Okay.  All right.  We'll come back to
8    that.  Going on to the next page -- sorry?
9                MS. HOFFMAN:  I'm sorry.  I couldn't
10   hear that for some reason.
11   Q.   (Mr. Stevens)  Okay.  We're going on to
12   the next page.  They -- there was a microscopic
13   review of the -- the rectal smear slabs for Doris
14   Washington and they did not find sperm and they
15   found -- what is it?  It says, a ---
16   A.   A few ---
17   Q.   --- a few ---
18   A.   --- to light.
19   Q.   Few to light epithelials.
20   A.   Epithelial cells and also no fecal debris
21   and there was -- basically it's a poor smear.
22   Q.   Does that mean it was -- it was -- it
23   would be hard to find sperm even if it was there?
24   A.   No.  Generally with poor smear it means
25   it's -- there's very -- there's no much material on



1    it.

2         Q.   Okay.  And again, the -- the acid

3    phosphatase test was negative.

4         A.   Correct.

5         Q.   And then there were -- there was an

6    examination of the oral smear slides and the same

7    thing, no sperm found and light epithelials.

8         A.   Correct.  And light other cells.

9         Q.   What would that -- what would the other

10   cells be?

11        A.   Potential yeast, fecal cell -- oh, no.

12   Not fecal.  This is just the oral.  It could be

13   yeast.  It could be just other cell debris.

14        Q.   So the -- the ultimate determination of

15   the SBI was that there was no semen or sperm found

16   anywhere in Doris's rape kit, correct?

17        A.   Correct.  From the smears.

18        Q.   Right.  And from the swabs, they were

19   unable to find any -- the presence of any semen.

20        A.   Correct.  They tested it for acid

21   phosphatase and it was negative.

22        Q.   Okay.  So the autopsy and the lab were

23   consistent that, basically there was no male DNA

24   found on Doris, correct?

25        A.   On the ---



1     MS. HOFFMAN: Objection.

2  A. On the smears, correct.

3  Q. (Mr. Stevens) And no semen found on the

4 swabs.

5  A. Correct. No acid phosphatase.

6  Q. Okay. Which was the test that they knew

7 how to do to -- for the -- to detect the presence of

8 semen.

9  A. The -- yeah, the presumptive test.

10  Q. Okay. But then when you conducted testing

11 many years later, you did find some DNA, correct?

12  A. Yes, that's correct. Only on the vaginal

13 swabs.

14  Q. Okay.

15  A. Well, we found DNA on the swabs, but we

16 found male DNA on the vaginal swabs.

17  Q. Okay. Did it surprise you to find that

18 when -- when nothing had been found earlier?

19  A. No.

20  Q. And why is that?

21  A. Because when you're looking at a smear,

22 it's such a small portion of the overall sample

23 versus when you're actually taking the swab material

24 itself and extracting from that particular sample.

25 So when you're using the swab to collect the sample



1   and then smearing it on a slide, you're relying on
2   those cells basically forming off the swab and onto
3   the slide, and then relying on someone visualizing
4   it on the smear itself.  There's a lot more material
5   on the swab itself ---
6       Q.   Okay.
7       A.   --- that is available for testing.
8       Q.   Okay.  Did you conduct a microscopic
9   examination of Doris's smears?
10      A.   I did not.
11      Q.   And why not?
12      A.   I don't believe there was a question about
13  whether there was sperm on there and you know what,
14  now that you ask me that question, the microscopic
15  exam I -- that I -- that I remember doing was on the
16  microscope from the ME's office because I didn't
17  look at any of these original smears.
18      Q.   So you're saying ---
19      A.   I did not ---
20      Q.   --- there's a microscope exam -- a
21  microscopic examination you did of the Nishonda
22  smears?
23      A.   Wait a minute.  Let me think about that.
24  Because they scraped 100 percent of them and
25  analyzed it, so it would have been the smear from



1    A.    Yes.

2                MS. HOFFMAN:    Objection.

3    Q.    (Mr. Stevens)    There were not intact

4    spermatozoa noted for the Doris samples or swabs or

5    smears, correct?

6    A.    That's correct.

7    Q.    Is it fair to say that the -- the DNA that

8    was found in Doris could have been contributed up to

9    three to four days earlier at least?

10                MS. HOFFMAN:    I'm sorry.    I couldn't

11    hear.    Could you say that again?

12    Q.    (Mr. Stevens)    Is it fair to say that the

13    DNA found in the Doris sample could have been

14    contributed as much as three to four days earlier?

15                MS. HOFFMAN:    Objection.

16    A.    I wouldn't expect three to four days

17    earlier simply because we did obtain a full -- a

18    fairly full profile.    I would -- in my experience,

19    it was rare.    I don't know that I've ever seen a

20    profile like this in a sample that was collected

21    three days after a sexual assault.    I can't recall

22    of a single instance where that's been the case.

23                My personal experience has been that I

24    don't know that I've ever found any profile in

25    somebody that had a sexual assault kit collected


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

1    three days after a sexual assault -- or profile --

2    obtained a profile like in anybody that had a sexual

3    assault kit collected three days after the

4    occurrence.

5              Can I say it's impossible?  No.  I can't

6    say anything is impossible.  But I have not

7    experienced a profile like this in something three

8    to four days old.

9         Q.   Have you experienced a profile like this

10   in something two days?

11        A.   I would say maybe two days at the outside.

12        Q.   Okay.  And again, this is based on your

13   personal experience?

14        A.   Yes.

15        Q.   Okay.  Is a ---

16        A.   Oh, and -- and that -- that is from, you

17   know, a situation where it's a live victim who's

18   reporting this with -- you know, we had consensual

19   sex two days ago -- or we had, excuse me -- I was

20   raped two days ago and is going to have a kit

21   collected for the first time.

22             It -- it is not very common to see these

23   types.  In -- in this, you have an injury in the

24   vaginal vault that is diluting the DNA.  And so, in

25   somebody with -- with the blood that is being



1  deposited, it's going to be diluting anything that

2  is there even more.  So in this, I would think it

3  would be more recent than two days.

4       Q.   So on the one hand, let's -- let's assume

5  that whatever the injury in the vagina that caused

6  the blood to be there was something -- that would

7  have been something that happened contemporaneously

8  with the murder, most likely, correct?

9       A.   Yes.

10      Q.   Because of the blood-tinged fluid?

11      A.   Well, nobody's going to allow a sharp

12  instrument to be ---

13      Q.   Okay.

14      A.   --- inserted.  But there's definitely

15  blood in the vaginal vault area.

16      Q.   Right.  But about -- so somewhat

17  contemporaneously with there being blood in the

18  vaginal vault area ---

19      A.   Yes.

20      Q.   --- Doris Washington died, we assume,

21  correct?

22            MR. BANNON:  I'm sorry.  I didn't

23  hear that question.  Would you mind saying that

24  again?

25      Q.   (Mr. Stevens)  We're assuming that



1    somewhat -- that she died somewhat contemporaneously

2    with this incision, correct?

3         A.    The -- yes.

4         Q.    Okay.  And I think we discussed before

5    that some of the processes that break down DNA slow

6    down or cease with death, correct?

7         A.    It continues to, but the activity that

8    would normally happen with a live person prevents

9    the loss because of the inactivity.  But it doesn't

10   stop the degradation.

11        Q.    But -- so what we have with Doris

12   Washington is a situation in which the medical

13   examiner viewed stained slides and did not find any

14   sperm on any of the samples, correct?

15        A.    Correct.

16        Q.    There was acid phosphalase -- phosphatase

17   present ---

18        A.    AP.

19        Q.    AP testing conducted that was negative ---

20        A.    Correct.

21        Q.    --- correct?  And there was -- the

22   positive DNA result you got came from a vaginal

23   swab.

24        A.    Correct.

25        Q.    And typically DNA can -- I mean, that's a



1  more hospitable environment for DNA than -- than the
2  other, you know, either rectal or oral swabs,
3  correct?
4      A.   More so than the rectal, absolutely.
5  Oral, you just have a constant flushing and so
6  usually you don't see it in the oral cavity as long
7  as you would a vaginal cavity.
8      Q.   Okay.  Are you familiar with any materials
9  regarding best practices for connect -- collecting
10 sexual assault case?
11     A.   Am I fam -- I -- I'm sure there are some
12 other there.  I don't collect kits, so I have not
13 reviewed any of them.
14     Q.   Do you know or have any understanding of
15 how long after a rape or sexual assault -- sexual
16 assault nurses are instructed or told that they can
17 collect rape kits?
18     A.   Today?
19     Q.   Yes.
20     A.   Today, I know that they're in transition.
21 Previously it had been 72 hours, but I believe
22 they're in the process of changing that for up to
23 five days.
24     Q.   Okay.  And are you familiar with any of
25 the studies that -- that provide, sort of, peer



```
 1    review -- peer reviewed reporting regarding how long

 2    sperm and/or DNA can remain and be found, you know,

 3    after -- after an assault or rape?

 4         A.   I -- I've read some literature.  I -- I'm

 5    certainly not going to say I've read all of it, but

 6    certainly I have read some literature and I know

 7    that there has been literature, yes, that talks

 8    about it being recovered three to five days and I

 9    believe there's one that maybe had even gone up to

10    seven.  But I don't know all of the circumstances

11    behind those.

12         Q.   Okay.

13         A.   And again, that's for today's technology.

14         Q.   And you're saying today's technology is

15    more sensitive than that from when you conducted

16    your analysis in 2010?

17         A.   Yes.

18         Q.   Do you know what the standard would have

19    been in 2010?

20         A.   In 2010, I believe -- I think it was three

21    days that they would have collected the sexual

22    assault kits up to three days afterwards.

23         Q.   It's certainly possible that Jermeck Jones

24    had sex with Doris Washington three days before she

25    was murdered and you still found the results that
```



1    you did in your testing, isn't it?

2        A.    Anything's possible, yes.

3        Q.    But it's more than just a theoretical

4    possibility.  I mean it -- that could have happened,

5    correct?

6        A.    It's rare that this type of profile, using

7    this technology in 2010, would have resulted in a

8    profile for a sexual assault that occurred three

9    days prior.

10       Q.    Okay.

11       A.    Again, I can't say it's impossible, but

12   it...

13       Q.    Okay.  And what does it tell you about

14   when Jermeck Jones had sex with Doris Washington,

15   that the -- the AP testing came out negative?

16       A.    Nothing.  There are some people who are

17   very low -- males who have low concentrations of AP.

18   The fact that there was blood could have caused a

19   negative reaction with the AP.  The fire and high

20   concentrations of heat could have caused the

21   breakdown of AP.  So really the lack of AP doesn't

22   necessarily say anything about timing because of the

23   external factors.

24       Q.    What percentage of rape kits or, you know,

25   materials that you have tested, in which there were



1   -- it was AP testing done, have -- have involved

2   negative tests when someone had sex with a victim or

3   assaulted the victim 12 hours or less before the

4   event?

5       A.   I'm sorry.  Can you ask that again?

6            MR. BRANNON:  I'm the same.  I was

7   hoping you'd say that.

8       Q.   (Mr. Stevens)  When you have reviewed

9   materials from sexual assault kits, when you were

10  aware that the sex had occurred at least 12 hours or

11  less before the event and there was AP testing done,

12  about what percentage of the time did that AP

13  testing come out negative?

14      A.   Typically the only time we would see AP

15  tests come out negative is -- is if the woman was

16  menstruating.

17      Q.   Okay.

18      A.   But within 12 hours, generally we would

19  see a positive AP test.

20      Q.   So normally you would see a positive AP

21  test unless the woman is menstruating.  And then,

22  would you automatically -- if she was menstruating,

23  would you automatically not see it or would it just

24  be less likely?

25      A.   Those were the situations where I would



1    not see it.  It doesn't mean that it always wasn't

2    seen.  Sometimes you would still see it.

3        Q.    Okay.

4        A.    It was just a case-by-case basis.

5        Q.    But it's fair to say that the majority of

6    the time, when you are examining something,

7    materials that had been donated within the past 12

8    hours of the time that the, you know, the -- either

9    of death or the collection of the materials, you

10   would find the positive AP test.

11       A.    Generally, yes, you would see the AP test.

12       Q.    Okay.  So if Doris Washington was not

13   menstruating at the time, the odds are that Jermeck

14   Jones had sex with her more than 12 hours before she

15   died?

16       A.    I -- I can't ---

17                MS. HOFFMAN:  Objection.

18       A.    --- say that.  I'm sorry.  I -- I can't

19   say that.

20       Q.    (Mr. Stevens)  Okay.  Why not?

21       A.    Because there was -- even though she

22   wasn't menstruating, there was still blood in her

23   vaginal vault, so I don't know what effect that may

24   have had on the acid phosphatase, if any.

25       Q.    Okay.  Is it fair to say that the negative



1  AP test is suggestive of -- of a sexual activity

2  that occurred more than 12 hours before Doris

3  Washington died?

4           MS. HOFFMAN:  Objection.

5      A.   It -- it certainly could.

6      Q.   (Mr. Stevens)  Okay.  Is it fair to say

7  that it's suggestive of sexual activity that

8  occurred more than 15 hours before she died?

9           MS. HOFFMAN:  Objection.

10     A.   I mean, any of these possibilities could

11 indicate.  However, it's not -- I mean, I can't

12 clearly say it does or it doesn't.

13     Q.   (Mr. Stevens)  Why don't we take a break

14 for a couple minutes.  I need to look at some notes

15 for a minute.  I don't have that much more.

16 (Off record: 2:03 p.m. to 2:06 p.m.)

17     Q.   (Mr. Stevens)  Back on the record.  Thank

18 you for your patience, Ms. Clement.  The torture

19 will end shortly.

20          Is it fair to say that the scientific

21 opinions that you have to express were primarily set

22 forth in your certificate of analysis in Exhibit D?

23     A.   That my sci -- I'm sorry.  That my

24 scientific ---

25     Q.   The ---

