**EXHIBIT 1**

**In the Matter Of:**

DARRYL HOWARD vs CITY OF DURHAM

1:17-cv-00477-TDS-JEP

---

**MEGHAN E. CLEMENT**

*September 10, 2019*

---



*800.211.DEPO (3376)*
*EsquireSolutions.com*

1   that there was sperm in the anal cavity.  So they

2   know there's some sort of sexual activity.

3           To say whether they should have or

4   shouldn't have, I mean that's their protocols.

5       Q.   (Mr. Stevens)  But it just wouldn't make

6   any sense for them not to stain would it?

7       A.   It wouldn't make sense if they would stain

8   one and not another if they were doing them at the

9   same time.

10      Q.   Let's refer back to Exhibit 61.  And this

11  time we'll go through the information from the SBI's

12  microscopic exam of Doris Washington, if we can.

13      A.   Okay.

14      Q.   And if you look -- if you look at some of

15  the earlier pages, it appears that item number 3 --

16  or the first page, the item number 3 is the --

17  refers to items that came from Doris's sexual

18  assault evidence collection kit, correct?

19      A.   Correct.

20      Q.   And so if we turn to the page on the --

21  that has item number 3 near the top, ---

22      A.   Yes.

23      Q.   --- and then you look down and it says,

24  "Doris Washington," and it says, "Item 3(a)," and

25  you go from there.



1    A.   Yes.

2    Q.   It appears that there was a sealed Ziploc

3    bag that had both the red and purple tubes with

4    liquid blood that was part of that -- that was part

5    of what was gathered and looked at by the SBI.  Is

6    that correct?

7    A.   Yes.

8    Q.   Okay.  And it appears that they kept

9    stains from purple and a red-topped tube in a -- in

10   a freezer.

11   A.   Yes.  Stains were made, yes.  And then the

12   stains, yes, were kept.

13   Q.   And then it looks like they examined the

14   two vaginal smear slides.

15   A.   Yes.

16   Q.   And they found no sperm and moderate

17   epithelials?

18   A.   Correct.  That's a documentation.

19   Q.   Okay.  And then they determined that the

20   swabs were bloody and dry.

21   A.   Correct.

22   Q.   And I guess that's consistent with the

23   finding of the blood-tinged fluid from the autopsy.

24   A.   Yes.

25   Q.   And then I take it they did conduct the


Case 1:17-cv-00477-TDS-JEP    Document 253-1    Filed 07/30/21    Page 4 of 31

1  acid phosphatase test because they didn't find

2  sperm.

3      A.   Apparently, yes.

4      Q.   Or the finding of sperm was what led them

5  not to bother with Nishonda, correct?

6      A.   Correct.

7      Q.   Okay.  So they conducted the test for

8  Nishonda and it was negative, correct?

9      A.   This is Doris.

10              MS. HOFFMAN:  Object ---

11     Q.   (Mr. Stevens)  I'm sorry ---

12              MS. HOFFMAN:  --- Objection.

13     Q.   (Mr. Stevens)  --- for Doris.

14     A.   Yes.  It does say, "Swab," and it looks

15  like it has a negative.

16     Q.   Okay.  What does that signify?

17     A.   That the acid phosphatase presumptive test

18  was negative.

19     Q.   And what does that mean?

20     A.   It means that they did not observe acid

21  phosphatase.

22     Q.   Okay.  And what is the significance of

23  that?

24     A.   That there was not -- that component of

25  semen wasn't identified, was not there.



1     Q.    Is -- what is acid phosphatase again?

2     A.    Acid phosphatase is an enzyme which is

3   found in various body fluids, but it's found in

4   higher concentrations in seminal fluid than other

5   body fluids.

6     Q.    Is that an enzyme that breaks down over

7   time?

8     A.    Sure.  Yes.

9     Q.    So are you less likely to find acid

10  phosphatase the -- the longer from the time -- the

11  period in which the sex occurred than more recently?

12    A.    Certainly it will break down with time and

13  depending on the environment.  So if it remains wet,

14  in a warm and wet environment, it will break down

15  more readily than if it's, say, deposited on an

16  article of clothing.

17    Q.    And in this case, it's in a wet -- it was

18  in a wet environment because it came from a vaginal

19  swab, correct?

20    A.    Correct.

21    Q.    Which means it would break down more

22  slowly?

23    A.    No.  It would break down more readily.

24    Q.    Quickly.

25    A.    Yes.



1    Q.    How long after sex occurs can one find --

2  can one have an acid phosphatase positive result

3  from a vaginal smear or swab?

4              MS. HOFFMAN:   Objection.

5    A.    It can be found hours.  I mean, probably -

6  - it used to be that if somebody was reporting a

7  sexual assault that had occurred more than 24 hours

8  previous, they wouldn't even bother collecting it

9  because they wouldn't find evidence, typically, of

10  any sexual assault activity.  So generally, that was

11  pretty much the outside, although often times the

12  acid phos could potentially even not be detected

13  again, prep -- maybe 20 -- 18 to 20 hour range, it's

14  possible.

15    Q.   (Mr. Stevens)  Okay.

16    A.    It depends on activity.  It depend -- I --

17  I mean there's so many variables.  You know, if

18  somebody's on -- menstruating, you know, that blood

19  is going to be washing away the acid phosphatase, so

20  you'd be more likely to find it on clothing than you

21  would from a swab collected.  So there's a lot of

22  variabilities.  But yes, it will degrade over time

23  and if not collected within a fairly short period of

24  time, less than a day, there's a chance -- a good

25  chance you won't see it.



1      Q.   Is it fair to say that sperm will last in
2  the vagina and can be able to be found longer than
3  acid phosphatase, as a general rule?
4      A.   Yes.  Generally you will have the ability
5  to detect sperm heads longer than you would acid
6  phosphatase.
7      Q.   Okay.  All right.  We'll come back to
8  that.  Going on to the next page -- sorry?
9           MS. HOFFMAN:  I'm sorry.  I couldn't
10  hear that for some reason.
11      Q.   (Mr. Stevens)  Okay.  We're going on to
12  the next page.  They -- there was a microscopic
13  review of the -- the rectal smear slabs for Doris
14  Washington and they did not find sperm and they
15  found -- what is it?  It says, a ---
16      A.   A few ---
17      Q.   --- a few ---
18      A.   --- to light.
19      Q.   Few to light epithelials.
20      A.   Epithelial cells and also no fecal debris
21  and there was -- basically it's a poor smear.
22      Q.   Does that mean it was -- it was -- it
23  would be hard to find sperm even if it was there?
24      A.   No.  Generally with poor smear it means
25  it's -- there's very -- there's no much material on


ESQUIRE
DEPOSITION SOLUTIONS

1  it.

2       Q.   Okay.  And again, the -- the acid

3  phosphatase test was negative.

4       A.   Correct.

5       Q.   And then there were -- there was an

6  examination of the oral smear slides and the same

7  thing, no sperm found and light epithelials.

8       A.   Correct.  And light other cells.

9       Q.   What would that -- what would the other

10 cells be?

11      A.   Potential yeast, fecal cell -- oh, no.

12 Not fecal.  This is just the oral.  It could be

13 yeast.  It could be just other cell debris.

14      Q.   So the -- the ultimate determination of

15 the SBI was that there was no semen or sperm found

16 anywhere in Doris's rape kit, correct?

17      A.   Correct.  From the smears.

18      Q.   Right.  And from the swabs, they were

19 unable to find any -- the presence of any semen.

20      A.   Correct.  They tested it for acid

21 phosphatase and it was negative.

22      Q.   Okay.  So the autopsy and the lab were

23 consistent that, basically there was no male DNA

24 found on Doris, correct?

25      A.   On the ---



1              MS. HOFFMAN:  Objection.

2        A.   On the smears, correct.

3        Q.   (Mr. Stevens)  And no semen found on the

4   swabs.

5        A.   Correct.  No acid phosphatase.

6        Q.   Okay.  Which was the test that they knew

7   how to do to -- for the -- to detect the presence of

8   semen.

9        A.   The -- yeah, the presumptive test.

10        Q.   Okay.  But then when you conducted testing

11   many years later, you did find some DNA, correct?

12        A.   Yes, that's correct.  Only on the vaginal

13   swabs.

14        Q.   Okay.

15        A.   Well, we found DNA on the swabs, but we

16   found male DNA on the vaginal swabs.

17        Q.   Okay.  Did it surprise you to find that

18   when -- when nothing had been found earlier?

19        A.   No.

20        Q.   And why is that?

21        A.   Because when you're looking at a smear,

22   it's such a small portion of the overall sample

23   versus when you're actually taking the swab material

24   itself and extracting from that particular sample.

25   So when you're using the swab to collect the sample



1  problem that we find with testing whole fingernails

2  is you generally tend to get the person who's

3  fingernail it is because all of their DNA is on

4  there.  So then if it's -- there's minor amounts,

5  you tend to see just the victim overpowers anything.

6      Q.   Is there a way to just soak the fingernail

7  in something to pull the DNA off?

8      A.   It's possible.  I mean, but as you're

9  soaking it, you're still going to get DNA from the

10  fingernail itself.  But it is possible to soak it,

11  maybe create some sort of agitation to loosen up

12  something.

13      Q.   Was there ever consideration of making

14  another effort to extract DNA from the fingernails?

15      A.   No.  We ran it and reported the results.

16  We were not requested to confirm additional testing.

17      Q.   Okay.  Now you -- I believe you testified

18  earlier when you were talking about Nishonda --

19  well, withdraw that.

20          When we were discussing how -- how long

21  prior to death the donor may have donated the sperm

22  for Nishonda, I believe you testified that an

23  important factor in your determination there of the

24  18 to 20 hours was the fact that there were intact

25  spermatozoa noted.



1    A.    Yes.

2              MS. HOFFMAN:   Objection.

3    Q.   (Mr. Stevens)   There were not intact

4    spermatozoa noted for the Doris samples or swabs or

5    smears, correct?

6    A.    That's correct.

7    Q.    Is it fair to say that the -- the DNA that

8    was found in Doris could have been contributed up to

9    three to four days earlier at least?

10             MS. HOFFMAN:   I'm sorry.   I couldn't

11   hear.   Could you say that again?

12   Q.   (Mr. Stevens)   Is it fair to say that the

13   DNA found in the Doris sample could have been

14   contributed as much as three to four days earlier?

15             MS. HOFFMAN:   Objection.

16   A.    I wouldn't expect three to four days

17   earlier simply because we did obtain a full -- a

18   fairly full profile.   I would -- in my experience,

19   it was rare.   I don't know that I've ever seen a

20   profile like this in a sample that was collected

21   three days after a sexual assault.   I can't recall

22   of a single instance where that's been the case.

23             My personal experience has been that I

24   don't know that I've ever found any profile in

25   somebody that had a sexual assault kit collected



1  three days after a sexual assault -- or profile --

2  obtained a profile like in anybody that had a sexual

3  assault kit collected three days after the

4  occurrence.

5          Can I say it's impossible?  No.  I can't

6  say anything is impossible.  But I have not

7  experienced a profile like this in something three

8  to four days old.

9      Q.   Have you experienced a profile like this

10  in something two days?

11      A.   I would say maybe two days at the outside.

12      Q.   Okay.  And again, this is based on your

13  personal experience?

14      A.   Yes.

15      Q.   Okay.  Is a ---

16      A.   Oh, and -- and that -- that is from, you

17  know, a situation where it's a live victim who's

18  reporting this with -- you know, we had consensual

19  sex two days ago -- or we had, excuse me -- I was

20  raped two days ago and is going to have a kit

21  collected for the first time.

22          It -- it is not very common to see these

23  types.  In -- in this, you have an injury in the

24  vaginal vault that is diluting the DNA.  And so, in

25  somebody with -- with the blood that is being



800.211.DEPO (3376)
EsquireSolutions.com

1  deposited, it's going to be diluting anything that

2  is there even more.  So in this, I would think it

3  would be more recent than two days.

4        Q.   So on the one hand, let's -- let's assume

5  that whatever the injury in the vagina that caused

6  the blood to be there was something -- that would

7  have been something that happened contemporaneously

8  with the murder, most likely, correct?

9        A.   Yes.

10        Q.   Because of the blood-tinged fluid?

11        A.   Well, nobody's going to allow a sharp

12  instrument to be ---

13        Q.   Okay.

14        A.   --- inserted.  But there's definitely

15  blood in the vaginal vault area.

16        Q.   Right.  But about -- so somewhat

17  contemporaneously with there being blood in the

18  vaginal vault area ---

19        A.   Yes.

20        Q.   --- Doris Washington died, we assume,

21  correct?

22              MR. BANNON:  I'm sorry.  I didn't

23  hear that question.  Would you mind saying that

24  again?

25        Q.   (Mr. Stevens)  We're assuming that



1  somewhat -- that she died somewhat contemporaneously

2  with this incision, correct?

3       A.   The -- yes.

4       Q.   Okay.  And I think we discussed before

5  that some of the processes that break down DNA slow

6  down or cease with death, correct?

7       A.   It continues to, but the activity that

8  would normally happen with a live person prevents

9  the loss because of the inactivity.  But it doesn't

10  stop the degradation.

11       Q.   But -- so what we have with Doris

12  Washington is a situation in which the medical

13  examiner viewed stained slides and did not find any

14  sperm on any of the samples, correct?

15       A.   Correct.

16       Q.   There was acid phosphalase -- phosphatase

17  present ---

18       A.   AP.

19       Q.   AP testing conducted that was negative ---

20       A.   Correct.

21       Q.   --- correct?  And there was -- the

22  positive DNA result you got came from a vaginal

23  swab.

24       A.   Correct.

25       Q.   And typically DNA can -- I mean, that's a



1   more hospitable environment for DNA than -- than the

2   other, you know, either rectal or oral swabs,

3   correct?

4        A.   More so than the rectal, absolutely.

5   Oral, you just have a constant flushing and so

6   usually you don't see it in the oral cavity as long

7   as you would a vaginal cavity.

8        Q.   Okay.  Are you familiar with any materials

9   regarding best practices for connect -- collecting

10  sexual assault case?

11       A.   Am I fam -- I -- I'm sure there are some

12  other there.  I don't collect kits, so I have not

13  reviewed any of them.

14       Q.   Do you know or have any understanding of

15  how long after a rape or sexual assault -- sexual

16  assault nurses are instructed or told that they can

17  collect rape kits?

18       A.   Today?

19       Q.   Yes.

20       A.   Today, I know that they're in transition.

21  Previously it had been 72 hours, but I believe

22  they're in the process of changing that for up to

23  five days.

24       Q.   Okay.  And are you familiar with any of

25  the studies that -- that provide, sort of, peer



1   review -- peer reviewed reporting regarding how long

2   sperm and/or DNA can remain and be found, you know,

3   after -- after an assault or rape?

4        A.   I -- I've read some literature.  I -- I'm

5   certainly not going to say I've read all of it, but

6   certainly I have read some literature and I know

7   that there has been literature, yes, that talks

8   about it being recovered three to five days and I

9   believe there's one that maybe had even gone up to

10  seven.  But I don't know all of the circumstances

11  behind those.

12       Q.   Okay.

13       A.   And again, that's for today's technology.

14       Q.   And you're saying today's technology is

15  more sensitive than that from when you conducted

16  your analysis in 2010?

17       A.   Yes.

18       Q.   Do you know what the standard would have

19  been in 2010?

20       A.   In 2010, I believe -- I think it was three

21  days that they would have collected the sexual

22  assault kits up to three days afterwards.

23       Q.   It's certainly possible that Jermeck Jones

24  had sex with Doris Washington three days before she

25  was murdered and you still found the results that



1  you did in your testing, isn't it?

2       A.   Anything's possible, yes.

3       Q.   But it's more than just a theoretical

4  possibility.  I mean it -- that could have happened,

5  correct?

6       A.   It's rare that this type of profile, using

7  this technology in 2010, would have resulted in a

8  profile for a sexual assault that occurred three

9  days prior.

10      Q.   Okay.

11      A.   Again, I can't say it's impossible, but

12 it...

13      Q.   Okay.  And what does it tell you about

14 when Jermeck Jones had sex with Doris Washington,

15 that the -- the AP testing came out negative?

16      A.   Nothing.  There are some people who are

17 very low -- males who have low concentrations of AP.

18 The fact that there was blood could have caused a

19 negative reaction with the AP.  The fire and high

20 concentrations of heat could have caused the

21 breakdown of AP.  So really the lack of AP doesn't

22 necessarily say anything about timing because of the

23 external factors.

24      Q.   What percentage of rape kits or, you know,

25 materials that you have tested, in which there were



1    -- it was AP testing done, have -- have involved

2    negative tests when someone had sex with a victim or

3    assaulted the victim 12 hours or less before the

4    event?

5           A.   I'm sorry.  Can you ask that again?

6                MR. BRANNON:  I'm the same.  I was

7    hoping you'd say that.

8           Q.   (Mr. Stevens)  When you have reviewed

9    materials from sexual assault kits, when you were

10   aware that the sex had occurred at least 12 hours or

11   less before the event and there was AP testing done,

12   about what percentage of the time did that AP

13   testing come out negative?

14          A.   Typically the only time we would see AP

15   tests come out negative is -- is if the woman was

16   menstruating.

17          Q.   Okay.

18          A.   But within 12 hours, generally we would

19   see a positive AP test.

20          Q.   So normally you would see a positive AP

21   test unless the woman is menstruating.  And then,

22   would you automatically -- if she was menstruating,

23   would you automatically not see it or would it just

24   be less likely?

25          A.   Those were the situations where I would



1 | not see it. It doesn't mean that it always wasn't

2 | seen. Sometimes you would still see it.

3 |     Q. Okay.

4 |     A. It was just a case-by-case basis.

5 |     Q. But it's fair to say that the majority of

6 | the time, when you are examining something,

7 | materials that had been donated within the past 12

8 | hours of the time that the, you know, the -- either

9 | of death or the collection of the materials, you

10 | would find the positive AP test.

11 |     A. Generally, yes, you would see the AP test.

12 |     Q. Okay. So if Doris Washington was not

13 | menstruating at the time, the odds are that Jermeck

14 | Jones had sex with her more than 12 hours before she

15 | died?

16 |     A. I -- I can't ---

17 |         MS. HOFFMAN: Objection.

18 |     A. --- say that. I'm sorry. I -- I can't

19 | say that.

20 |     Q. (Mr. Stevens) Okay. Why not?

21 |     A. Because there was -- even though she

22 | wasn't menstruating, there was still blood in her

23 | vaginal vault, so I don't know what effect that may

24 | have had on the acid phosphatase, if any.

25 |     Q. Okay. Is it fair to say that the negative



1    AP test is suggestive of -- of a sexual activity

2    that occurred more than 12 hours before Doris

3    Washington died?

4              MS. HOFFMAN:  Objection.

5         A.   It -- it certainly could.

6         Q.   (Mr. Stevens)  Okay.  Is it fair to say

7    that it's suggestive of sexual activity that

8    occurred more than 15 hours before she died?

9              MS. HOFFMAN:  Objection.

10        A.   I mean, any of these possibilities could

11   indicate.  However, it's not -- I mean, I can't

12   clearly say it does or it doesn't.

13        Q.   (Mr. Stevens)  Why don't we take a break

14   for a couple minutes.  I need to look at some notes

15   for a minute.  I don't have that much more.

16   (Off record: 2:03 p.m. to 2:06 p.m.)

17        Q.   (Mr. Stevens)  Back on the record.  Thank

18   you for your patience, Ms. Clement.  The torture

19   will end shortly.

20             Is it fair to say that the scientific

21   opinions that you have to express were primarily set

22   forth in your certificate of analysis in Exhibit D?

23        A.   That my sci -- I'm sorry.  That my

24   scientific ---

25        Q.   The ---



1    Darryl Howard did not have sex with Doris

2    Washington, correct?

3         A.    There is no evidence of that, correct.

4         Q.    In your opinion, at some point, Doris

5    Washington had sex with Jermeck Jones?

6         A.    Correct.

7         Q.    Okay.  And we've established that this --

8    that could have been sex that occurred as -- as far

9    back as three days before she died?

10              MS. HOFFMAN:  Objection.

11        A.    I would say based on literature, it's

12   possible.  Based on my personal experience, it would

13   be less than three days.

14        Q.    (Mr. Stevens)  And so the range of time,

15   based on your personal experience, would be more in

16   the neighborhood of one to two days?

17              MS. HOFFMAN:  Objection.

18        A.    It's hard to say because of all the other

19   external factors, including the injury, the fire, et

20   cetera.

21              MR. OSTRANDER:  Can we go off the

22   record a second?  Can we step out for a second?

23              MR. STEVENS:  Sure.

24   (Off record: 2:09 p.m. to 2:12 p.m.)

25        Q.    (Mr. Stevens)  You testified that one --



1   one element that complicates the determination of

2   the timing of the Doris Washington, Jermeck Jones

3   sex is the fact that there was a fire.

4        A.   Well, yes, as far as that's -- that's why

5   the -- my understanding there was a fire in the

6   apartment.   Firemen were called.   And so, yes.

7        Q.   And how would a fire affect the materials

8   that were -- were collected in the rape kit?

9        A.   Heat.

10       Q.   Okay.

11       A.   Heat tends to increase the rate of

12   degradation.

13       Q.   So going back to the -- I mean what we can

14   say is that, you know, you can say that there was

15   sex between Jermeck Jones and Doris Washington at

16   some point before she died.

17       A.   Yes.

18       Q.   And it's difficult to tell exactly what

19   that point was.

20       A.   Correct.

21       Q.   Okay.   But it could have been prior to the

22   time that she was murdered.

23       A.   Yes.

24       Q.   And the DNA evidence is consistent with

25   the possibility that Jermeck Jones had sex with her



1   and then at a later time, someone else murdered her.

2       A.   That is possible, yes.

3       Q.   Okay.  The DNA evidence is also consistent

4   with the possibility that Jermeck Jones had sex with

5   her and then Darryl Howard murdered her, isn't it?

6       A.   There is no DNA evidence that would

7   connect Darryl Howard to Doris Washington.

8       Q.   There's no DNA evidence that would connect

9   -- we -- we had just referred earlier to Jermeck

10   Jones and then some unidentified third person that

11   murdered her.  And that unidentified third person

12   could be Darryl Howard as much as anybody else,

13   correct?

14       A.   That would be possible.

15              MS. HOFFMAN:  Objection.

16       Q.  (Mr. Stevens)  There's no real evidence,

17   one way or another, that this -- that excludes

18   Darryl Howard as the person that committed the

19   murders, correct?

20              MS. HOFFMAN:  Objection.

21       A.   I'm sorry.  Could you repeat that?

22       Q.  (Mr. Stevens)  The evidence that you

23   reviewed doesn't say, one way or another, whether

24   Darryl Howard committed the murders.  It just says

25   that he didn't have sex with her, correct?



1  assault kits that you've reviewed, did you see

2  evidence of -- or a record about an injury to the

3  vagina like what was recorded in Doris's autopsy?

4      A.   Less than a percentage of 1 percent

5  probably.  I mean, I've seen a number of them, but I

6  couldn't give you an exact number.  Maybe a couple

7  dozen.

8      Q.   But it's safe to say that it's rare to see

9  a vaginal injury causing bleeding like there was --

10  to that extent like there was in Doris Washington's

11  case.

12      A.   Yes.

13      Q.   You were asked some questions about

14  whether anyone viewed intact spermatozoa in the

15  sexual assault kit taken from Doris Washington.  Do

16  you remember that?

17      A.   Yes.

18      Q.   Okay.  And it's your understanding that no

19  one viewed spermatozoa under the microscope on

20  anything taken from Doris Washington during the

21  sexual assault kit.  Is that correct?

22      A.   That is correct.

23      Q.   So it's not that someone viewed

24  spermatozoa that were not intact, it's that they

25  weren't seen one way or the other?



1    A.    That's ---

2              MR. OSTRANDER:  Objection.

3    A.    --- correct.

4              MR. OSTRANDER:  Objection to form.

5    A.    I'm sorry.

6    Q.    (Ms. Hoffman:  Okay.  But this -- is there

7  any question that there was spermatozoa taken from

8  the smear collected from Doris Washington's vagina

9  at her autopsy.

10             MR. SAPPENFIELD:  Objection.

11   A.    The differential extraction that's used

12 uses a chemical differentiation.  Non-sperm cells

13 will tend to break open and be part of the either

14 non-sperm or epithelial cell or female fraction,

15 whatever you want to call it.  The fact that the

16 male profile was found in the sperm fraction is

17 consistent with that originating from spermatozoa,

18 but no one did microscopically identify them.

19   Q.    (Ms. Hoffman)  Okay.  But the DNA testing

20 that you did on the vaginal swab from Doris's --

21 collected from Doris at autopsy, indicates that

22 there was spermatozoa present.

23   A.    The fact that we found it in the sperm

24 fraction, yes, is consistent with spermatozoa being

25 present.



1      Q.   And it wasn't a -- it -- it was not a

2   partial profile that you obtained, it was a full

3   profile from the spermatozoa -- from the sperm

4   fraction of the vaginal smear, correct?

5      A.   It was mostly a -- it was partial only in

6   that we did not obtain results at one location.  So

7   -- but it was a fairly full profile.  I mean, it was

8   -- it was more full than partial.  I mean, usually a

9   partial is if you get anything less than every

10   single location, it's considered a partial.  So

11   there was just one -- one low side we did not get

12   results at.

13      Q.   You were asked some questions about the

14   acid phosphatase testing that was done on -- in

15   Doris Washington's case.

16      A.   Yes.

17      Q.   First, as a -- and I understand that you

18   didn't do the acid phosphatase testing, but as a

19   general matter, is acid phosphatase testing done on

20   the entirety of the swab or is it done on a portion

21   of the swab?

22      A.   Different labs do it different ways.  Some

23   take just a small cutting of the tip of the swab.

24   Others will use a -- what they call a layover, where

25   they'll wet a piece of filter paper and dab it and



1  then test the filter paper.  So I am not a hundred

2  percent sure which protocol the state lab used back

3  in 1991, I believe this was -- or maybe '92.  Oh,

4  '93.  Excuse me.

5       Q.   And then when you -- when your lab did the

6  DNA testing on the swab -- that same swab, did you

7  -- you tested the entirety of the swab.  Is that

8  correct?

9            MR. STEVENS:  Object to form.

10      A.   Let me double check on that.  We consumed

11 50 percent of both swabs.  So -- but we did take the

12 actual -- at least half of the entire swab.

13      Q.   (Ms. Hoffman)  Okay.  Is there anything

14 inconsistent, in your mind, between the negative

15 acid phosphatase testing obtained at -- at the time

16 of autopsy and your DNA testing finding that there

17 was -- indicated that there was spermatozoa present?

18      A.   No.

19      Q.   And I think you mentioned before that

20 generally, in your experience, you would see a

21 positive acid phosphatase testing, although not --

22 not always but generally you'd see it unless the

23 woman was menstruating.  Is that correct?

24      A.   Yes.  That is correct.  I -- I seem to

25 remember one or two cases that were very unusual



1   where we may not have seen acid phosphatase, but

2   then we looked for sperm and we saw sperm and moved

3   forward with that.  So, it was rare, generally, acid

4   phosphatase -- it's a presumptive test.  You can get

5   false positives.  You can get false negatives.  But

6   generally, I mean it is a presumptive test that is

7   used to give an indication that sperm might be

8   present or semen might be present.  But you --

9   generally the only time I didn't see it and

10  subsequently did see sperm and move forward, was

11  when a woman was menstruating.

12          Q.   Okay.  And again, there was indication

13  here, based on the injuries to the vagina, that was

14  caused at or around the time of the Doris

15  Washington's death, that she was bleeding, correct?

16          A.   Well, that there was blood in the -- in

17  the vaginal vault.

18          Q.   And so you testified, based on -- based

19  primarily on the results you were able to obtain

20  from the vaginal smear doing testing 20 years later,

21  about a -- a possible -- or what you could say about

22  the time when it was in which Jermeck Jones would

23  have had sexual contact with Doris Washington.  Do

24  you remember that?

25          A.   Well, I was asked a number of questions



1  about that.

2       Q.   Right.  And so what I just want to

3  clarify, when you talk about the -- a number in your

4  experience that would be based on those DNA results

5  you obtained, I -- I believe you said a couple of

6  days, one to two days.  Is -- are you saying that

7  that's -- I just want to clarify.  Are you saying

8  that it's your opinion that the sex was one to two

9  days before death or that that's the outer limit of

10  when the sex would have been based on ---

11              MR. STEVENS:  Object to the form.

12       Q.   (Ms. Hoffman)  --- the time the evidence

13  you looked at?

14              MR. STEVENS:  Object to the form.

15              MR. OSTRANDER:  Join.

16       A.   What I'm saying is that based on the

17  profile that was obtained, which was a fairly -- I

18  mean like I said, we only didn't get results at one

19  low side.  The fact that this is a sample that was

20  20 years old, that -- I would put one to two days at

21  the outside limit, that the sex had to have occurred

22  some time and it -- at a very outside limit, one to

23  two days.

24       Q.   (Ms. Hoffman)  Okay.  Mean -- meaning that

25  there's nothing in the results you got that is



```
 1   inconsistent with the sex with Jermeck Jones

 2   occurring shortly before the time of death?

 3               MR. STEVENS:  Object to the form.

 4               MR. OSTRANDER:  Objection.

 5       A.   That certain could -- could result in

 6   this.  In the result that we obtained.

 7               MS. HOFFMAN:  I don't have any

 8   further questions.

 9               MR. STEVENS:  I have a couple more.

10                  EXAMINATION

11   BY MR. STEVENS:

12       Q.   Ms. Clement, how many -- how many sexual

13   assault kits have you collected in your career?

14       A.   Collected?

15       Q.   Yes.

16       A.   None.

17       Q.   How many examinations of sexual assault

18   victims have you conducted?

19       A.   I have -- how many examinations of the

20   victims?

21       Q.   Yes.

22       A.   None.

23       Q.   Okay.  Let's refer back to Exhibit 65.

24   This is the autopsy report for Doris Washington.

25       A.   Okay.
```

