UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRYL HOWARD, )
        Plaintiff, )
)
v. ) Case No. 1:17-CV-477
)
DARREL DOWDY, )
        Defendant. )

## VERDICT

Question 1. Has Plaintiff Darryl Howard proven by a preponderance of the evidence that Defendant Darrell Dowdy violated 42 U.S.C. § 1983 by denying him his constitutional right to due process by:

    a. Fabrication of evidence:    __YES__
       (Yes or No)

    b. Suppression of evidence:    __NO__
       (Yes or No)

    c. Bad faith failure to investigate:    __YES__
       (Yes or No)

*If you answered "no" to Question 1a, 1b, and 1c, skip the Question 2 and sign and date this verdict form.*

*If you answered "yes" to any of Question 1a, 1b, or 1c, proceed to Question 2.*

Question 2. What amount of compensatory damages should Plaintiff Darryl Howard recover of Defendant Darrel Dowdy?

$ __SIX MILLION DOLLARS & 00/100__

*Proceed to the end and sign and date the verdict form.*

This the 1ST day of ~~November,~~ 2021.
    DECEMBER

__(signature) (DEREK WARK)__
Jury Foreperson