IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
File No. 1:17-cv-477-TDS-JEP

| | |
|---|---|
| DARRYL HOWARD,<br><br>        Plaintiff,<br>v.<br><br>CITY OF DURHAM, et al.,<br><br>        Defendants. | **NOTICE OF SETTLEMENT** |

    The parties jointly advise the Court that the parties have agreed to settle this case. Based on the timing of the settlement payments, the parties anticipate filing a Stipulation of Dismissal with prejudice with the Court by July 22, 2024. The parties request that any pretrial deadlines be suspended, future appearances excused, and the case be removed from the trial calendar.

    This the 29th day of May, 2024.

| PATTERSON HARKAVY LLP | CRANFILL SUMNER LLP |
|---|---|
| /s/ Narendra K. Ghosh | /s/ Jake W. Stewart |
| Narendra K. Ghosh | Jake W. Stewart |
| NC Bar No. 37649 | NC Bar No. 51157 |
| nghosh@pathlaw.com | PO Box 30787 |
| Bradley J. Bannon | Charlotte, NC 28230 |
| NC Bar No. 24106 | (704) 336-8300 |
| bbannon@pathlaw.com | jstewart@cshlaw.com |
| 100 Europa Dr., Suite 420 | |
| Chapel Hill, NC 27517 | *Counsel for Defendant Pennica* |
| (919) 942-5200 | |

1

| | |
|---|---|
| NEUFELD SCHECK BRUSTIN HOFFMANN & FREUDENBERGER, LLP<br><br>Nick Brustin<br>NY Bar No. 2844405<br>nick@nsbhf.com<br>Anna Benvenutti Hoffmann<br>NY Bar No. 4412011<br>anna@nsbhf.com<br>Amelia Green<br>NY Bar No. 5428412<br>amelia@nsbhf.com<br>200 Varick Street, Suite 800<br>New York, NY 10014<br>(212) 965-9081<br><br>*Counsel for Plaintiff* | LAW OFFICES OF LORI KEETON, PLLC<br><br> /s/ Lori R. Keeton    <br>Lori R. Keeton<br>NC Bar No. 25813<br>6000 Fairview Road, Suite 1200<br>Charlotte, NC 28210<br>704.552.3614<br>lkeeton@lorikeetonlaw.com<br><br>*Counsel for Defendant Soucie* |